## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CODY J. CHISM**  
**ADC #138088**                                                                                                **PLAINTIFF**

v.                                   Case No. 5:14-cv-00377-KGB/JTR

**LASONYA GRISWOLD, Nurse,**  
**Cummins Unit;** *et al.*                                                                                   **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 2).

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 22nd day of April, 2015.

_____  
KRISTINE G. BAKER  
UNITED STATES DISTRICT JUDGE