**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CODY J. CHISM**                                                                                                        **PLAINTIFF**
**ADC #138088**

v.                                    Case No. 5:14-cv-00377-KGB/JTR

**LASONYA GRISWOLD, Nurse,**
**Cummins Unit;** *et al.*                                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ADJUDGED this 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE